UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER RODARTE,<br><br>Plaintiff,<br><br>v.<br><br>KATHERINE LESTER,<br><br>Defendant. | No. 2:24-cv-3429 DJC AC PS<br><br><br><br>ORDER |

On December 11, 2024, defendant filed a motion to dismiss set to be heard on March 5, 2025. ECF No. 5. Pursuant to Local Rule 230(c), plaintiff's opposition or statement of non-opposition was due 14 days after the motion was filed, in this case, December 26, 2024. Plaintiff did not file an opposition or statement of non-opposition.

Good cause appearing, IT IS HEREBY ORDERED that the hearing date of March 5, 2025 is VACATED. It is further ORDERED that plaintiff shall show cause, in writing, within 14 days, why her failure to respond to the pending motion should not result in a recommendation that this case be dismissed for failure to prosecute. The filing of an opposition or statement of non-opposition within this timeframe will serve as cause and will discharge this order. If plaintiff fails to respond, the court will recommend dismissal of this case pursuant to Local Civil Rule 110.

IT IS SO ORDERED.

DATED: December 30, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE