1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEXANDER RODARTE,

Plaintiff,

v.

KATHERINE LESTER,

Defendant.

No.  2:24-cv-3429 DJC AC PS

ORDER

On December 11, 2024, defendant filed a motion to dismiss set to be heard on March 5, 2025.  ECF No. 5.  Pursuant to Local Rule 230(c), plaintiff's opposition or statement of non-opposition was due 14 days after the motion was filed, which would have been December 26, 2024.  Plaintiff did not file an opposition or statement of non-opposition.  On January 2, 2025, the court vacated the hearing date and ordered plaintiff to show cause within 14 days why the failure to respond to the motion should not result in a dismissal for failure to prosecute.  ECF No. 7. Plaintiff did not respond, but on January 16, 2025 a document was filed by Ms. Emily Boggus. ECF No. 8.  Ms. Boggus stated she is plaintiff's girlfriend and explained that plaintiff is in custody.  Id.  Ms. Boggus provided a new address for plaintiff, and the Clerk of Court updated plaintiff's address. Id.

In an abundance of caution, the court will give plaintiff additional time to respond to its previous order.  Accordingly, good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, in writing, no later than February 5, 2025, why the failure to respond to the

1    pending motion should not result in a recommendation that this case be dismissed for failure to

2    prosecute.  The filing of an opposition or statement of non-opposition within this timeframe will

3    serve as cause and will discharge this order.  If plaintiff fails to respond, the court will

4    recommend dismissal of this case pursuant to Local Civil Rule 110.

5        IT IS SO ORDERED.

6    DATED: January 22, 2025

7                                                    ALLISON CLAIRE
                                                     UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28