UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER RODARTE, | No.  2:24-cv-3429 DJC AC PS |
| Plaintiff, | |
| v. | ORDER |
| KATHERINE LESTER, Sacramento Police Department Chief of Police, | |
| Defendant. | |

Plaintiff proceeds in this action in pro per.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On February 28, 2025, the Magistrate Judge filed findings and recommendations herein which was served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 14.  Plaintiff has filed objections to the findings and recommendations, which the Court has considered.  ECF No. 15.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  While the undersigned is cognizant that the dismissal is of Plaintiff's initial complaint, there is nothing in Plaintiff's objections that indicate that he has the ability to state a claim for

1

which relief can be granted should he be granted leave to amend.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 28, 2025, are adopted in full;

2. The motion to dismiss (ECF No. 5) is GRANTED, without leave to amend; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **May 7, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2